U.S. Department of Justice

United States Attorney
Middle District of Louisiana

Russell B. Long Federal Building  Telephone: (225) 389-0443
777 Florida Street, Suite 208  Fax: (225) 389-0685
Baton Rouge, Louisiana 70801-1717

May 4, 2016

**VIA EMAIL AND CERTIFIED MAIL RETURN RECEIPT REQUESTED**
tjm@pmlegal.org   (7014 2120 0002 6447 0679)

Mr. Timothy J. Martinez
Pennington & Martinez
4707 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70809

Re:  Madeline Scott vs. The United States Postal Service, et al
     Civil Action No. 15-712-BAJ-EWD, USDC, MDLA

Dear Mr. Martinez:

Please find enclosed herewith United States' First Set of Interrogatories and Request for Production of Documents propounded to Madeline Scott in the above-referenced matter.

Please have plaintiff respond to the discovery requests within 30 days as required by the Federal Rules of Civil Procedure.

A copy of these discovery requests have also been e-mailed to your attention this date.

Sincerely,

J. WALTER GREEN
UNITED STATES ATTORNEY

Bonnie J. Pittman,
Legal Assistant to AUSA Susan C. Amundson

/bjp
Enclosure

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Timothy J. Martinez
Pennington & Martinez
4707 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70809

9590 9402 1311 5285 4110 82

2. Article Number (Transfer from service label)

7014 2120 0002 6447 0679

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): D Thom[e]
C. Date of Delivery: 6/5/1[?]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Postage  $
Certified Fee

EXHIBIT A

## Pittman, Bonnie (USALAM)

| | |
|---|---|
| **From:** | Pittman, Bonnie (USALAM) |
| **Sent:** | Wednesday, May 04, 2016 4:12 PM |
| **To:** | tjm@pmlegal.org |
| **Cc:** | Amundson, Susan (USALAM) |
| **Subject:** | Madeline Scott v. USA (15-712-BAJ-EWD) |



Madeline.pdf   Interrogatories_Request for ...

Dear Mr. Martinez:

Please see the attached letter and first set of discovery requests in the above-referenced matter. The originals are being mailed via certified mail this date.

Sincerely,

*Bonnie J. Pittman*
Legal Assistant
United States Attorney's Office
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Ph.: (225) 389-0443
Fx.: (225) 389-0685
Direct: (225) 382-2096

1

EXHIBIT A

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MADELINE SCOTT

VERSUS                                                          CIVIL ACTION NO: 15-712-BAJ-EWD

UNITED STATES OF AMERICA

## UNITED STATES' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF MADELINE SCOTT

The United States of America, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, propounds the following written interrogatories and requests for production of documents to be answered by Plaintiff Madeline Scott. (The verification form is attached for signature of Plaintiff and Plaintiff's counsel.)

## GENERAL INSTRUCTIONS

A.  All information that is in the possession or control of the Plaintiff, Plaintiff's attorneys, investigators, agents, employees, or other representatives of the Plaintiff and Plaintiff's counsel are to be provided.

B.  When an interrogatory requests you to *identify*, or provide *identity* or *identification information* concerning individuals or entities, all known identification information should be provided. At a minimum this includes the complete name, current address (home and business), and telephone numbers (home and business). If current name, address and phone information is not known, then provide the last known name, address and phone information indicating the approximate date of validity. For business addresses provide the applicable company name. For home and business addresses, provide street addresses rather than post office boxes unless the street address is unknown and provide zip codes if known.

C.  These discovery requests are *continuing requests* requiring Plaintiff to respond by supplemental answer, setting forth any additional information or documents within the scope of the discovery request as may be acquired by Plaintiff, Plaintiff's agents, counsel, or other representatives, following Plaintiff's original answers.

EXHIBIT A

D.   *"Health care practitioner"* includes *any kind* of physician, doctor, therapist, nurse, or other individual which offers or performs any form of health, medical or healing service or advice, regardless of whether the individual is licensed or whether the health or medical practice, service or advice is recognized by any medical or health associations. Examples include, but are not limited to, orthopedists, neurosurgeons, neurologists, psychiatrists, psychologists, dentists, orthodontists, ophthalmologists, podiatrists, osteopaths, chiropractors, pharmacists, naturopaths or homeopaths, therapists of *any kind*, behaviorists, acupuncturists, holistic healers, etc.

*"Health care facility"* means any entity that offers medical, health or healing services, opportunities or advice.

E.   *"Document," "record," "file,"* or *"material"* includes any recording of information, however made and specifically includes all handwritten, typed, printed, recorded, transcribed, taped, filmed, graphic or photographic material, and all information kept by magnetic, electronic, photographic, sound, optical or mechanical means, including but not limited to magnetic cards or cartridges, optical storage devices and any other computer records, printouts, runs, tapes or disks.

*"Document," "record," "file,"* or *"material"* specifically includes without limitation written communications; correspondence; tangible things; messages; memoranda; notes; notations; records; letters; working papers; transcripts; photographs; films; maps; plats; surveys; cables; telexes; teletypes; telegrams; telegraphs; telecopies; minutes; reports; telephone logs; records of incoming and outgoing telephone calls; transcripts, recordings or summaries of any conversation, meeting, interview, conference or communication; affidavits; statements; summaries; opinions; reports; papers; studies; forecasts; plans; analyses; summaries; charts; graphs; diagrams; contracts; agreements; jottings; agendas; card files; itineraries; diaries; individual appointment calendars and schedules; activity reports; travel vouchers and accountings; bank records; financial records; accounting and bookkeeping records and materials; bulletins; notices; announcements; advertisements; briefing materials; press releases; statements or charts of organization; statements of procedure and policy; telephone or personnel directories; biographies and personnel files; instructions; manuals; books; brochures; publications; schedules; journals; forms; pleadings; motions; responses to discovery; any notes or drafts relating to the foregoing and all things similar to any of the foregoing, however denominated.

2

EXHIBIT A

**INTERROGATORY NO. 21:**

Identify any and all social media (including but not limited to Facebook, Instagram, Twitter) you have used since June 6, 2014. As part of your response, please identify your usernames and the time period of use of each social media account listed.

**RESPONSE TO INTERROGATORY NO. 21:**

24

EXHIBIT A

**INTERROGATORY NO. 22:**

Provide any and all vacations and travel outside of Baton Rouge, Louisiana, from June 6, 2014 to present. For each travel listed, please provide the following:

a. Location of travel;

b. Duration of the travel; and

c. Place of lodging.

**RESPONSE TO INTERROGATORY NO. 22:**

EXHIBIT A

**REQUEST FOR PRODUCTION NO. 10:**

Produce all postings related to any type of physical or athletic activities from June 6, 2014, to present on all social media websites, including, but not limited to Facebook, Instagram and Twitter.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

*Susan C. Amundson*
Susan C. Amundson, LBN 22710
Helina S. Dayries, LBN: 27206
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: susan.amundson@usdoj.gov

EXHIBIT A